JEFFREY E. FAUCETTE (No. 193066)
SKAGGS FAUCETTE LLP
One Embarcadero Center, Suite 500
San Francisco, California 94111
Telephone:  (415) 315-1669
Facsimile:   (415) 433-5994
E-mail: jeff@skaggsfaucette.com

Attorneys for Plaintiff and Counter-Defendant
AMYRIS, INC.

LYNN L. KRIEGER
State Bar No. 209592
NORA DEVINE
State Bar No. 286706
THOMAS, QUINN & KRIEGER, L.L.P.
500 Sansome Street, Suite 450
Tel:  (415) 546-6100
Fax: (415) 358-5868
E-mail: lkrieger@tqklaw.com

Attorney for Defendant and Counterclaimant
SSI CHUSEI, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| AMYRIS, INC., a Delaware corporation, | Case No.: 4:14-CV-01852-PJH |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER RE DISMISSAL** |
| v. | |
| SSI CHUSEI, INC., a Texas corporation, | |
| Defendant. | |
| And Counterclaims | |

STIPULATION AND [PROPOSED] ORDER RE DISMISSAL:                    CASE NO.: 4:14-CV-01852-PJH

1    By and through their respective counsel, Plaintiff and Counter-Defendant Amyris, Inc. and

2 Defendant and Counterclaimant SSI Chusei, Inc., being all parties to this action, hereby submit

3 this joint stipulation pursuant to Federal Rule of Civil Procedure 41 to dismiss this action,

4 including all claims and counterclaims, with prejudice.

5

6 Dated: April 15, 2015                        SKAGGS FAUCETTE LLP

7                                              By:  _____/s/_____
                                                          Jeffrey E. Faucette
8                                              Attorneys for Plaintiff and Counter-Defendant
9                                              AMYRIS, INC.

10

11 Dated: April 15, 2015                       THOMAS, QUINN & KRIEGER, L.L.P.

12                                             By:  _____/s/_____
                                                          Lynn L. Krieger
13                                             Attorneys for Defendant and Counterclaimant SSI
14                                             CHUSEI, INC.

15

16                                    **[PROPOSED] ORDER**

17    Pursuant to Federal Rule of Civil Procedure 41 and having considered the Parties'

18 stipulation dismissing this action, including all claims and counterclaims, with prejudice,  IT IS

19 HEREBY ORDERED as follows:  This action, including all claims and counterclaims, is

20 dismissed with prejudice.

21 PURSUANT TO STIPULATION, IT IS SO ORDERED.

22

23 Date:  __4/16/15_____              By:  _____
                                              Phyllis J. Hamilton
24                                            United States District Judge
25

26

27

28

---
                                            1
STIPULATION AND [PROPOSED] ORDER RE DISMISSAL:            CASE NO.: 4:14-CV-01852-PJH

1

## ATTESTATION PURSUANT TO LR 5-1(i)(3)

2

I, Jeffrey E. Faucette, am the ECF User whose identification and password are being used

3 to file this STIPULATION AND [PROPOSED] ORDER RE DISMISSAL.  I hereby attest that

4 concurrence in the filing of this document has been obtained from the other Signatory.

5 Dated: April 15, 2015

6

By:   _____*/s/*_____

7

Jeffrey E. Faucette

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER RE DISMISSAL:                    CASE NO.: 4:14-CV-01852-PJH